# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BOATMAN and ANNE BOATMAN,<br><br>    Plaintiffs,<br>vs.<br>BELL HELICOPTER TEXTRON, INC.; WILLIAMS HELICOPTER CORPORATION; CSDS AIRCRAFT SALES & LEASING, INC.; UNIFLIGHT, LLC; CONDEC CORPORATION; SOUTHEASTERN EQUIPMENT CORPORATION, INC.; SECO AVIATION COMPANY, INC.; BENEDICT SIRMIANNE; HELIPONENTS, INC.; and AERO PRODUCTS COMPONENT SERVICES, INC.,<br>    Defendants. | CASE NO. CV13-8566SVW(ASx)<br><br>**ORDER DISMISSING DEFENDANT BELL HELICOPTER TEXTRON, INC. AND REMANDING CASE TO STATE COURT** |

Based upon the STIPULATION CONCERNING THE DISMISSAL OF DEFENDANT BELL HELICOPTER TEXTRON INC. AND A TEMPORARY TOLLING OF THE STATUTE OF LIMITATIONS AGAINST IT, and,

GOOD CAUSE appearing,

1 | Defendant Bell Helicopter Textron Inc. is dismissed without prejudice,
2 | and this case is remanded to State Court.
3 | **SO ORDERED**.
4 |
5 | Dated: December 13, 2013      _____
6 | UNITED STATES DISTRICT COURT JUDGE